UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2021 APR 16 PM 12: 33

| | |
|---|---|
| BURLINGTON DRUG COMPANY, INC., | |
| Plaintiff, | |
| v. | Case No. 2:21-cv-109 |
| FOXCROFT PHARMACY, LLC and GAIL MARIA BERGERON, | |
| Defendants. | |

## JUDICIAL DISCLOSURE

Pursuant to the Code of Conduct for United States Judges, the undersigned makes the following judicial disclosure. As a member of Sheehey Furlong & Behm, the undersigned represented Burlington Drug Company, Inc. in an antitrust lawsuit against Cardinal Health prior to 2001. Since 2001, the undersigned has had no contact with Burlington Drug Company, Inc. or its officers, employees, or agents.

Dated at Burlington, in the District of Vermont, this 16th day of April, 2021.

Christina Reiss, District Judge
United States District Court